# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY PALLADINO,<br><br>   Defendant. | Case No. 2:10-cr-00281-KJD-PAL<br><br>MOTION FOR LEAVE TO DISMISS |

  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on June 16, 2010, and requests the case be closed as to JEFFREY PALLADINO.

  Dated this 23rd day of May 2012.

              DANIEL G. BOGDEN
              United States Attorney


              /s/ Matthew Klecka
              Matthew Klecka
              Trial Attorney
              U.S. Department of Justice

  Leave of Court is granted for the filing of the foregoing motion for leave to dismiss and the case is ordered closed as to JEFFREY PALLADINO.

  DATED this 25 day of May 2012.

              _____
              UNITED STATES DISTRICT JUDGE